

**CDAS**

December 19, 2024

<u>VIA ECF</u>
Hon. Dale E. Ho
United States District Court, Southern District of New York
40 Foley Square, Room 905
New York, New York 10007

Re:     ***Psychic Readers Network, Inc. v. A&E Television Networks LLC, et al.*,**
        **1:24-cv-08155-DEH-SDA**

Dear Judge Ho:

We represent Defendants A&E Television Networks, LLC ("A&E") and Hillionaire Productions, LLC ("Hillionaire"; together with A&E, "Defendants") in the above-captioned matter. We write pursuant to Rule 2.e. of Your Honor's Individual Practices to request an adjournment of the January 8, 2025 initial pretrial conference. (*See* ECF 14). This is the first request for an adjournment of this deadline. Plaintiff does not oppose this request.

At this juncture, Defendants anticipate moving to dismiss the complaint in whole or in part, and in light of their agreement to waive service, the deadline to respond to the complaint is not until January 24, 2025, more than two weeks after the current initial pretrial conference date. We propose February 12, February 26, and March 5, 2025, as alternative conference dates that are mutually agreeable to the parties.

We thank the Court for its attention to this matter.

Respectfully submitted,

Scott J. Sholder

cc:     All Counsel of Record (via ECF)

Application GRANTED.  The initial pretrial conference is ADJOURNED to February 12, 2025, at 3:00 P.M. EST.  The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 460 211 955, followed by the pound (#) sign.  SO ORDERED.  The Clerk of Court is respectfully directed to terminate ECF No. 21.

Dated: December 19, 2024
New York, New York

Dale E. Ho
United States District Judge

Cowan, DeBaets, Abrahams & Sheppard LLP

60 Broad Street          8447 Wilshire Blvd
30th Floor               Suite 425
New York, NY 10004       Beverly Hills, CA 90211          cdas.com