UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PSYCHIC READERS NETWORK, INC.,

     *Plaintiff*,

     -against-

A&E TELEVISION NETWORKS, LLC and
HILLIONAIRE PRODUCTIONS, LLC,

     *Defendants*.

Case No. 1:24-cv-08155-DEH-SDA

**RULE 7.1 CORPORATE
<u>DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant A&E Television Networks, LLC ("AETN") hereby files its corporate disclosure statement.

AETN is a limited liability company with interests held by five entities, three of which own more than 10% of AETN: (1) Hearst Communications, Inc., the direct or indirect parent of which is The Hearst Corporation, which is not publicly traded; (2) Hearst Holdings, Inc., the direct or indirect parent of which is The Hearst Corporation, which is not publicly traded; and (3) Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded.

Dated: December 27, 2024
     New York, New York

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

By: <u>/s/ Scott J. Sholder</u>
Scott J. Sholder
60 Broad Street, 30th Floor
New York, New York 10004
Tel.: (212) 974-7474
Fax: (212) 974-8474
ssholder@cdas.com
*Attorneys for Defendant A&E
Television Networks, LLC*