**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PSYCHIC READERS NETWORK, INC.<br><br>Plaintiff,<br><br>vs.<br><br>A&E TELEVISION NETWORKS, LLC AND HILLIONAIRE PRODUCTIONS LLC,<br><br>Defendants. | Case No.: 1: 24-cv-08155-DEH |

**DEFENDANTS' NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the Declaration of Scott J. Sholder dated January 24, 2025, and the exhibits annexed thereto, and the accompanying Memorandum of Law, dated January 24, 2025, and upon all other pleadings and proceedings had hereto, defendants A&E Television Networks, LLC and Hillionaire Productions LLC, by their attorneys, Cowan DeBaets, Abrahams & Sheppard LLP, will move this Court at the United States District Court, 40 Foley Square, Courtroom 905, New York, New York 10007, before the Honorable Dale E. Ho, on a date and at a time to be designated by the Court, for an order dismissing this case.

Dated: New York, New York
January 24, 2025

Respectfully submitted,

**COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP**

By: /s/ Scott J. Sholder
Scott J. Sholder, Esq.
CeCe M. Cole, Esq.
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: (212) 974-7474
Fax: (212) 974-8474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Defendants A&E Television Networks, LLC and Hillionaire Productions LLC*

**CERTIFICATE OF SERVICE**

I, Scott J. Sholder, hereby certify that a true and correct complete copy of the foregoing Defendants A&E Television Networks, LLC and Hillionaire Productions LLC's Notice of Motion has been served on all counsel of record via the Court's CM/ECF service.

/s/ Scott J. Sholder
Scott J. Sholder