UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Psychic Readers Network, Inc.,<br><br>      Plaintiff,<br><br>    v.<br><br>A&E Television Networks, LLC et al.,<br><br>      Defendants. | 24 Civ. 8155 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **February 6, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **Wednesday, February 12, 2025,** at **3:00 P.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

Defendant shall file a letter motion to stay discovery **by February 14, 2025**. The motion should not exceed two pages. Plaintiff shall file an opposition of equal length, if any, **by February 21, 2025**. Defendant shall file a reply of equal length, if any, **by February 25, 2025**.

SO ORDERED.

Dated: February 10, 2025
   New York, New York

                      DALE E. HO
                      United States District Judge