**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
**PSYCHIC READERS NETWORK, INC.,**

**Plaintiff,**

**v.**

**A&E TELEVISION NETWORKS, LLC and HILLIONAIRE PRODUCTIONS, LLC,**

**Defendants.**
---------------------------------------------------------------X

**Case No.: 1:24-cv-08155-DEH**

**DECLARATION OF JOEL R. DICHTER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Joel R. Dichter, being duly sworn, deposes and says:

1. I am a member of Dichter Law, LLC, admitted to this Court and am the attorney for the Plaintiff Psychic Readers Network, Inc. ("PRN").

2. I submit this Declaration in Opposition to Defendants' Motion to Dismiss the Complaint.

3. Attached hereto as Exhibit 1 are true and correct printouts that I downloaded from the United States copyright office's website, copyright.gov. The printouts are of the seven (7) copyright registrations of PRN referenced in paragraph 13 of the Complaint in this action. There are in fact a total of eleven (11) copyright registrations held by Plaintiff and its wholly-owned subsidiaries. The works consist of television commercials, infomercial, a full-length movie, a book, a set of tarot cards and videotape, all featuring the Miss Cleo character. The full-length movie was published as a pay per view offering on cable networks.

4. To enable the Court to compare the registered works of PRN with the film Miss Cleo: Her Rise and Fall (the "Film"), the television commercials may be viewed through the following link:

https://www.dropbox.com/scl/fo/kqlvij61vcuywd9d8xfsd/AFM1NCZXlSOtg9Tp5WWyjoo?rlkey=ogvwnqdm8q8x4kuktb5b8kqbp&st=603qbbpo&dl=0

5. Attached hereto as Exhibit 2 are side-by-side snapshot comparisons of the Film and the registered television commercials of PRN. In addition, there is a comparison of the poster for the Film with the cover of the Plaintiff's registered tarot deck cover.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Trademark Registration for "Miss Cleo" held by PRN's affiliated entity.

7. I reviewed the Film. The following statements are alleged by PRN to be false and defamatory:

- With respect to hiring psychic advisors, a principal of the Company states in dialogue that he was "pulling people off the street." (@ 46 minutes).
- That the Company was "ripping off millions of people." (@ 54 minutes).
- That the Company charged people whose telephone numbers were "disconnected months or years ago." (@ 52 minutes).
- A principal of PRN tells the Miss Cleo character: "One time a guy died at his [Feder's] house, he fell down a staircase drunk after a night of partying. The first thing Steven [Feder] does is tell a bad joke. The guy's an asshole." (@ 1:00).
- At the end of the Film, an on-screen message appears that includes the statement that "Steven Feder and Peter Stolz paid hefty sums … to victims." (@ 1:25).

8. While the Film debuted on the Lifetime Channel, it was thereafter available for rent or purchase through streaming services including Amazon Prime Video, Hulu, Spectrum, Xfinity and more.

9. I compared the recreated Miss Cleo television commercial that appears in the Film (34:23 – 34:53 timestamp) with one of PRN's copyrighted commercials, which can be accessed through the link (Miss Cleo Take To Church Green Turbin series of commercial). The dialogue and manner in which it is delivered are identical. Defendants just didn't recreate the television commercials of PRN, Defendants outright copied them and also use Miss Cleo's known catch-phrase "Call Me Now." In PRN's television commercial, the full exchange between the Miss Cleo character and a caller is as follows:

Miss Cleo: Who asked you to go out of town, the stupid young one or the married one?

Caller: The married one.

Miss Cleo: That is what I thought. Don't go. You hear me?

Caller: Hmm.

Miss Cleo: I see you are not listening to me. I see you going.

Caller: Hmm.

Miss Cleo: I am just trying to spare the heartbreak.

The dialogue is verbatim to that in the Film, down to even the caller's "Hmm's." The commercial and corresponding clip from the movie may be viewed through the following link:

https://drive.google.com/file/d/1Gld1a52rMjNOFEXIWtV6QYiK00af-OjN/view?usp=sharing

https://drive.google.com/file/d/1wawRws_QpY2r69EPU4gMVlHxNnh6fDlv/view?usp=sharing

10. The Film displays an actual toll-free number in connection with its recreated commercials 34 minutes into the Film. That telephone number was taken from a PRN

11. commercial. It was an actual number displayed during commercials by PRN in connection with the Miss Cleo character commercials. I called the 800 number, 1-800 980-8637, to discover that it is now used by an Adult Chat line. When you connect, a recorded message in a woman's voice states: "America's Hottest Talk Line" – "Guys, hot ladies are waiting to talk to you."

12. In comparing the Film with PRN's works, the Film dialogue incorporations copying of many of the catch phrases and expressions used by the Miss Cleo character in PRN's copyrighted works including: Call Me Now, Sweet Pea, Listen To Cleo Now if Cleo say No you forego, Your mother didn't raise a weak man, Run in the Other Direction child, Whoa Girl You got into trouble with this one, pronunciation of "Tings" in lieu of "Things", use of "Me" in place of "I", and "Dat" instead of "That," Don't go blindly through life and, Cleo doesn't lie.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 28 2025
Bedford Hills, New York

/Joel R. Dichter/
Joel R. Dichter