CDAS

April 28, 2025

**VIA ECF**
Hon. Dale E. Ho
United States District Court, Southern District of New York
40 Foley Square, Room 905
New York, New York 10007

**Re:** ***Psychic Readers Network, Inc. v. A&E Television Networks LLC, et al.*****,**
**1:24-cv-08155-DEH-SDA**

Dear Judge Ho:

As you know, we represent Defendants in the above-captioned action.[1] Normally, a letter exchange such as our request for a status update on our motion to stay discovery would not necessitate a reply, but we feel compelled to respond briefly to Plaintiff's April 27 letter (ECF 42). Plaintiff's letter unnecessarily inserts additional merits arguments relating to Defendants' MTD in correspondence solely aimed at seeking an update on a procedural motion. This is highly improper as a general matter, but even more so because, as it did in its opposition to our MTD, Plaintiff misrepresents Defendants' argument concerning access to Plaintiff's supposedly copyrighted works. The actual substantive argument regarding access can be found on page 6 of our MTD and page 2 of our reply in further support of the MTD (ECF 40). Further, Plaintiff (again, consistent with its opposition brief) seeks to introduce new facts/evidence not in the Complaint or otherwise in the record, namely, instances of actors speaking in unspecified YouTube videos "and elsewhere" that Plaintiff claims are somehow incriminating. Needless to say, Defendants are not aware of what videos and other sources Plaintiff refers. The Court should disregard this unsolicited, unsupported, and procedurally defective attempt to prejudice Defendants in their attempt to secure a dismissal of this case.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Scott J. Sholder

cc: All Counsel of Record (via ECF)

[1] Capitalized yet undefined terms shall have the meanings ascribed to them in Defendants' April 24 letter (ECF 41.)