UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Psychic Readers Network, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>A&E Television Networks, LLC et al.,<br><br>　　　　　　　　Defendants. | 24-CV-8155 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On May 13, 2025, this Court granted Defendants' motion to stay discovery pending resolution of their motion to dismiss. ECF No. 46. Because discovery has been stayed and the Court has not yet issued an opinion on the motion to dismiss, it is hereby ORDERED that the case management conference scheduled for August 13, 2025, is ADJOURNED SINE DIE.

In the event that the Court denies Defendants' motion to dismiss, the parties shall file a Proposed Amended Case Management Plan and Scheduling Order within seven (7) days of the Court's Order. The Court will subsequently reschedule the case management conference if necessary.

SO ORDERED.

Dated: August 12, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge