UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
Psychic Readers Network, Inc.,       CASE NO. 24-CV-8155

             Plaintiff,

       v.       NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

A&E Television Networks, LLC and Hillionaire Productions, LLC,

             Defendants.
-------------------------------------------------------X

## PLAINTIFF'S NOTICE OF MOTION PURSUANT TO FRCP 15

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated September 22, 2025, the Amended Complaint annexed thereto, and upon all other pleadings and proceeding had hereto, Plaintiff Psychic Readers Network, by their attorney, Joel Dichter, will move this Court at the United States District Court, 40 Foley Square, New York, New York 10007 before the Honorable Dale E. Ho, on a date and at a time to designated by the Court, for an order granting leave to amend the Complaint in this action

Dated:  
    September 22, 2025

Respectfully submitted,

*Joel R. Dichter*

By: /s/ Joel R. Dichter
Dichter Law LLC
483 Cherry St Suite 300
Bedford Hills, NY
Telephone: (212) 593-4202
dichter@dichterlaw.com

## CERTIFICATE OF SERVICE

I, Joel R. Dichter, hereby certify that a true and correct complete copy of the foregoing Plaintiff Psychic Readers Network Notice of Motion and Memorandum of Law have been served on September 22, 2025 on all counsel of record via the Court's CM/ECF service.

/s/ Joel R. Dichter
**JOEL R. DICHTER**