# EXHIBIT 1

# Copyright

**Document Number:**
V9934D842

**Entire Copyright Document:**
V9934 D842 P1-2

**Type of Document:**
Recorded Document

**Date of Recordation:**
2015-11-12

**Date of Certification:**
11/11/2015

**Date of Execution:**
effective 17Jul15

**Party 1:**
Radar Communications, Inc.

**Party 2:**
Psychic Readers Network, Inc.

**Notes:**
Assignment of copyright and other intellectual property rights.

**Title:**
Keepin' it real: a practical guide for spiritual living/Miss Cleo & 1 other title.

**List of Works:**
00001 Keepin' it real: a practical guide for spiritual living/Miss Cleo / Reg. TX5610954.
00002 Miss Cleo's tarot power deck / Reg. VA1154013.

**Names:**
Radar Communications, Inc.
Psychic Readers Network, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_29141621

**Registration Number / Date:**



Home / Search / Detailed Record View

| Keyword | radar communications | 🔍 |
|---|---|---|

Advanced Search

# Detailed Record View

## Registration record TX0005589410

Copyright Catalog

Displaying 3 of 51 entries



◀ Previous | Next ▶

# Tarot card legend /designed by J. F. Lambert and Seth Stephens.



Share ↗    Actions ⌄

| Registration Number / Date | TX0005589410 / 2002-08-07 |
|---|---|
| Type of Work | Text |
| Title | Tarot card legend /designed by J. F. |

|  |  |
|---|---|
|  | Lambert and Seth Stephens. |
| **Date of Creation** | 2001 |
| **Date of Publication** | 2001-10-31 |
| **Copyright Claimant** | Radar Communications, Inc. (employer for hire) |
| **Description** | 1 v. |
| **Names** | Lambert, J. F. |
|  | Stephens, Seth |
|  | Radar Communications, Inc. |

[◀ Previous] [Next ▶]

Menu
Home
Recent Records
Recent Searches
Name Directory
Help

Contact
Contact Us
Feedback

Resources
Request a Copy
Estimate
Request a Search
Estimate
FAQs