# EXHIBIT 2



Home / Search
/ Search results for "psychic readers network"

| Keyword | psychic readers network | 🔍 |
|---|---|---|

Advanced Search

Share ➔

# Search Results

Top search results: 8
**Displaying:** 1-8 of 8

☐  [ Sort by ▾ ]  [ Grid View ▾ ]

◀ Previous    Next ▶

☐  1.   **Full Title:** Back Burner.
         **Registration Number:** PA0001984540
         **Date:** 2015-11-04
         **Type of Work:** Motion Pictures
         **Claimant:** Psychic Readers Network, Inc.,

☐  2.   **Full Title:** Take To Church.
         **Registration Number:** PA0001984546
         **Date:** 2015-11-04
         **Type of Work:** Motion Pictures
         **Claimant:** Psychic Readers Network, Inc.,

☐ 3. **Full Title:** Spooky Eyes.
**Registration Number:** PA0001984550
**Date:** 2015-11-04
**Type of Work:** Motion Pictures
**Claimant:** Psychic Readers Network, Inc.,

☐ 4. **Full Title:** Rev. Spooky Date.
**Registration Number:** PA0001984533
**Date:** 2015-11-04
**Type of Work:** Motion Pictures
**Claimant:** Psychic Readers Network, Inc.,

☐ 5. **Full Title:** Rev. Green Eyes Date.
**Registration Number:** PA0001984536
**Date:** 2015-11-04
**Type of Work:** Motion Pictures
**Claimant:** Psychic Readers Network, Inc.,

☐ 6. **Full Title:** Rev. Booty Call.
**Registration Number:** PA0001984551
**Date:** 2015-11-04
**Type of Work:** Motion Pictures
**Claimant:** Psychic Readers Network, Inc.,

☐ 7. **Full Title:** Keepin' it real: a practical guide for spiri
**Document Number:** V9934D842
**Date of Recordation:** 2015-11-12
**Party 1:** Radar Communications, Inc.
**Party 2:** Psychic Readers Network, Inc.

☐ 8. **Full Title:** The gifts of Miss Cleo :from my heart to



**Date:** 2001-09-04
**Type of Work:** Motion Pictures
**Claimant:** Psychic Reader's Network, Inc.

10 rows

◀ 1 ▶

| 1 | Go |



## Filter by date ⓘ

Date type

Registration Number
# PA 1-984-546
Effective Date of Registration:
November 04, 2015

## Title

**Title of Work:** Take To Church

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** September 06, 2000
**Nation of 1st Publication:** United States

## Author

- **Author:** Psychic Readers Network, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Psychic Readers Network, Inc.
382 NE 191st St., #25664, Miami, FL 33179 United States
**Transfer statement:** By written agreement

## Certification

**Name:** Sarah Jaffe
**Date:** October 27, 2015

Page 1 of 1

Registration Number

# PA 1-984-550

**Effective Date of Registration:**
November 04, 2015

## Title

**Title of Work:** Spooky Eyes

## Completion/Publication

**Year of Completion:** 2001
**Date of 1st Publication:** October 31, 2001
**Nation of 1st Publication:** United States

## Author

- **Author:** Psychic Readers Network, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Psychic Readers Network, Inc.
382 NE 191st St., #25664, Miami, FL 33179 United States
**Transfer statement:** By written agreement

## Certification

**Name:** Sarah Jaffe
**Date:** October 28, 2015

**Correspondence:** Yes

Page 1 of 1

Registration Number

# PA 1-984-533

**Effective Date of Registration:**
November 04, 2015

## Title

**Title of Work:** Rev. Spooky Date

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 14, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Psychic Readers Network, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Psychic Readers Network, Inc.
382 NE 191st St., #25664, Miami, FL 33179 United States
**Transfer statement:** By written agreement

## Certification

**Name:** Sarah Jaffe
**Date:** October 28, 2015

Page 1 of 1

Registration Number

# PA 1-984-536

**Effective Date of Registration:**
November 04, 2015

## Title

**Title of Work:** Rev. Green Eyes Date

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 14, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Psychic Readers Network, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Psychic Readers Network, Inc.
382 NE 191st St., #25664, Miami, FL 33179 United States
**Transfer statement:** By written agreement

## Certification

**Name:** Sarah Jaffe
**Date:** October 27, 2015

Page 1 of 1

Registration Number

# PA 1-984-551

**Effective Date of Registration:**
November 04, 2015

## Title

**Title of Work:** Rev. Booty Call

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** January 07, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Psychic Readers Network, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Psychic Readers Network, Inc.
382 NE 191st St., #25664, Miami, FL 33179 United States
**Transfer statement:** By written agreement

## Certification

**Name:** Sarah Jaffe
**Date:** October 27, 2015

**Correspondence:** Yes

Registration Number
**PA 1-984-540**
Effective Date of Registration:
November 04, 2015

## Title

Title of Work: Back Burner

## Completion/Publication

Year of Completion: 2001
Date of 1st Publication: June 07, 2001
Nation of 1st Publication: United States

## Author

- Author: Psychic Readers Network, Inc.
Author Created: entire motion picture
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Psychic Readers Network, Inc.
382 NE 191st St., #25664, Miami, FL 33179 United States
Transfer statement: By written agreement

## Certification

Name: Sarah Jaffe
Date: October 28, 2015

Page 1 of 1

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

November 12, 2015

Date Of Recordation

| 9934 | 842 |
|---|---|
| Volume | Doc. No. |



Home / Search / Detailed Record View

| Keyword | psychic readers network | 🔍 |

Advanced Search

# Detailed Record View

## Recordation record V9934D842

Copyright Catalog

Displaying 7 of 8 entries

◀ Previous | Next ▶

### Keepin' it real: a practical guide for spiritual living/Miss Cleo & 1 other title.



Share ↗ | Actions ⌄

| | |
|---|---|
| **Document Number** | V9934D842 |
| **Entire Copyright Document** | V9934 D842 P1-2 |
| **Type of Document** | Recorded Document |
| **Certificate** | View PDF |

| | |
|---|---|
| **Date of Recordation** | 2015-11-12 |
| **Date of Certification** | 11/11/2015 |
| **Date of Execution** | effective 17Jul15 |
| **Party 1** | Radar Communications, Inc. |
| **Party 2** | Psychic Readers Network, Inc. |
| **Notes** | Assignment of copyright and other intellectual property rights. |
| **Title** | Keepin' it real: a practical guide for spiritual living/Miss Cleo & 1 other title. |
| **List of Works** | 00001 Keepin' it real: a practical guide for spiritual living/Miss Cleo / Reg. TX5610954. 00002 Miss Cleo's tarot power deck / Reg. VA1154013. |
| **Names** | Radar Communications, Inc. Psychic Readers |



Home / Search / Detailed Record View

| Keyword | psychic readers network | 🔍 |

Advanced Search

# Detailed Record View

## Registration record PAu002617294

Copyright Catalog

Displaying 8 of 8 entries

◀ Previous    Next ▶

## The gifts of Miss Cleo :from my heart to yours.

Share ↗    Actions ⌄

| | |
|---|---|
| **Registration Number / Date** | PAU002617294 / 2001-09-04 |
| **Type of Work** | Motion Pictures |
| **Title** | The gifts of Miss Cleo :from my heart to yours. |

| | |
|---|---|
| **Variant Title** | The gifts of Miss Cleo : from my heart to yours. |
| **Date of Creation** | 2001 |
| **Copyright Claimant** | Psychic Reader's Network, Inc. |
| **Description** | Videocassette ; 1/2 in. |
| **Names** | Psychic Reader's Network, Inc. |



## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Contact

Contact Us
Feedback

## Resources

Request a Copy Estimate
Request a Search Estimate
FAQs