# Exhibit 3

USPTO Drawing Page
Express Mail No.: EL 925493558 US

Page 1 of 1

**Drawing Page**
Date/Time Stamp: Thursday, 01-17-2002 18:58:12 EST

01-18-2002
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #01

**Applicant:**
Oshun 5 Communications, Inc.
2455 East Sunrise Boulevard, 10th Floor,
Ft. Lauderdale, FL 33304
USA

**Date of First Use Anywhere:** 07/03/2000
**Date of First Use In Commerce:** 07/03/2000

**Goods and Services:**
Providing new age and psychic services, namely, astrological forecasting, tarot card readings, psychic consultation and advice, via telephone, television and the internet.

**Mark:**

MISS CLEO

76360545

.../get?USPTO-6316710422-20020117185510679-PrinTEAS-12248a54614115d12a368555ef99d1/17/02

Express Mail No.:   EL 925493558 US

## CONSENT TO REGISTER A TRADEMARK UNDER 15 U.S.C. 1052(C)

The undersigned, Youree Cleomili Harris ("Harris"), a resident of the State of Florida, is hereby executing this written consent in accordance with the provisions of 15 U.S.C. 1052(c) of the Trademark Act of 1946, as amended ("Consent").

Harris, being sometimes identified by the names "MS. CLEO" and "MISS CLEO", hereby expressly consents to the federal trademark registration of the names "MS. CLEO" and "MISS CLEO" with the United States Patent and Trademark Office by Oshun S Communications, Inc., a Delaware corporation, or by any entity owned or controlled by or affiliated therewith, in connection with all products and services related to psychic consultation and advice, new age consultation and advice, astrological forecasting, tarot card reading, metaphysical services and related subject matters, whether such products and services are offered or featured on broadcast television, cable television, over the telephone, the Internet, or by means of any other electronic media.

This Consent is being executed by the undersigned on this 30 day of August, 2001.

YOUREE CLEOMILI HARRIS

STATE OF FLORIDA         )
                         ) ss
COUNTY OF Broward        )

The foregoing instrument was acknowledged before me this 30 day of August, 2001 by Youree Cleomili Harris who is personally known to me or has presented the following as identification: _____

Susan Foon
Notary Public, State of Florida

Commission Expires: Jul 26 2003

Susan Foon
Commission # CC 857971
Expires July 26, 2003
Bonded Thru
Atlantic Bonding Co. Inc