# EXHIBIT 4

# United States of America
### United States Patent and Trademark Office

# MISS CLEO

**Reg. No. 7,638,769**  
**Registered Jan. 07, 2025**  
**Int. Cl.: 45**  
**Service Mark**  
**Principal Register**

OSHUN 5 COMMUNICATIONS, INC. (FLORIDA CORPORATION)  
300 Rocky Hill Road  
Bridgewater, CONNECTICUT 06752

CLASS 45: Psychic reading services

FIRST USE 7-3-2000; IN COMMERCE 7-3-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 98-201,700, FILED 09-28-2023



Acting Director of the United States Patent and Trademark Office

