# DICHTER LAW LLC

**ATTORNEYS AT LAW**
**483 CHERRY STREET**
**SUITE 100**
**BEDFORD HILLS, N.Y. 10507**

TELEPHONE: (212) 593-4202
FAX: (212) 994-5394
Website: www.dichterlaw.com

JOEL R. DICHTER
Dichter@dichterlaw.com


October 22, 2025

Hon. Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 905
New York, NY 10007

Re: Psychic Readers Network, Inc. v. A&E Television Networks, LLC, et al.
Case No. 24-CV-08155 (DEH)

Your Honor:

We represent the Plaintiff in the above-referenced action. Plaintiff by this letter-motion hereby requests a one-week extension of time to submit its reply memorandum of law in support the pending motion for leave to amend the complaint. Plaintiff filed the motion, together with the amended complaint, on September 22, 2025. (Dkt. 53). The Court granted the Defendants request to extend the time for its opposition and set a date of October 17, 2025. Defendants filed their opposition on that date. (Dkt. 56). Per Local Rule 6.1, the reply would be due on October 24, 2025. Due to other commitments and the breath of the opposition, I requested Defendants to consent to an extension for the reply until October 31, 2025. Defendants have agreed and annexed hereto is a stipulation so extending the time, Therefore, Plaintiff requests the Court to extend the time for Plaintiff to file its reply in support of the motion for leave to amend the complaint until October 31, 2025.

Respectfully submitted,

/Joel R Dichter/

Joel R. Dichter, Esq.

Cc{ Scott Sholder Esq.