**MEMO ENDORSED**

Application **GRANTED**. Plaintiff reply shall be filed by no later than October 31, 2025. The Clerk of Court is respectfully directed to terminate ECF No. 57.

SO ORDERED.

Dated: October 23, 2025
New York, New York

Dale E. Ho
United States District Judge

TELEPHONE: (212) 593-4202
FAX: (212) 994-5394
Website: www.dichterlaw.com

JOEL R. DICHTER
Dichter@dichterlaw.com

October 22, 2025

Hon. Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 905
New York, NY 10007

Re: Psychic Readers Network, Inc. v. A&E Television Networks, LLC, et al.
Case No. 24-CV-08155 (DEH)

Your Honor:

We represent the Plaintiff in the above-referenced action. Plaintiff by this letter-motion hereby requests a one-week extension of time to submit its reply memorandum of law in support the pending motion for leave to amend the complaint. Plaintiff filed the motion, together with the amended complaint, on September 22, 2025. (Dkt. 53). The Court granted the Defendants request to extend the time for its opposition and set a date of October 17, 2025. Defendants filed their opposition on that date. (Dkt. 56). Per Local Rule 6.1, the reply would be due on October 24, 2025. Due to other commitments and the breath of the opposition, I requested Defendants to consent to an extension for the reply until October 31, 2025. Defendants have agreed and annexed hereto is a stipulation so extending the time, Therefore, Plaintiff requests the Court to extend the time for Plaintiff to file its reply in support of the motion for leave to amend the complaint until October 31, 2025.

Respectfully submitted,

/Joel R Dichter/

Joel R. Dichter, Esq.

Cc{ Scott Sholder Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
Psychic Readers Network, Inc.,

Plaintiff,

v.

A&E Television Networks, LLC and
Hillionaire Productions, LLC,

Defendants.
-----------------------------------------------------X

CASE NO. 24-CV-8155

JOINT STIPULATION EXTENDING TIME TO FILE PLAINTIFF'S
REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

WHEREAS, on September 22, 2025, Plaintiff Psychic Readers Network, Inc. filed its Motion for leave to file an Amended Complaint in the above-captioned proceeding.

WHEREAS, Plaintiff Psychic Readers Network, Inc. sought the consent of Defendants to extend Plaintiff's time to file its reply brief in support of its Motion to October 31, 2025.

WHEREAS, Defendants have consented to the extension.

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Psychic Readers Network, Inc. and Defendants, through their undersigned counsel:

That the date for Plaintiff Psychic Readers Network, Inc. to file its Reply Brief is extended to and includes October 31, 2025.

Respectfully submitted,

By: /Joel R Dichter/

Joel R. Dichter, Esq.
DICHTER LAW, LLC
483 Cherry Street, Suite 100
New York, NY 10507
Attorney for Plaintiff

By: /Scott J. Sholder/

Scott J. Sholder, Esq.
COWAN, DeBAETS,
ABRAHAMS & SHEPPARD, LLP
60 Broad Street, 30th Floor
New York, New York 10004
Attorney for Defendants

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

Scott J. Sholder, Esq.
Cowan, DeBaets, Abrahams & Sheppard, LLP
60 Broad Street, 30th Floor
New York, New York 10004
*Counsel for Defendants*

By: ________________________________
Joel R. Dichter, Esq.