UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Psychic Readers Network, Inc.,

                              Plaintiff(s),

                    v.

A&E Television Networks, LLC et al.,

                              Defendant(s).

---

24-CV-8155 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record in a hearing held on April 15, 2026, Plaintiff's Motion for Leave to Amend is **GRANTED** in part and **DENIED** in part. Leave is **GRANTED** with respect to any copyright claims based on the Take To Church commercial (Reg. No. PA0001984546), as well as any newly added claims and claims the Court has supplemental jurisdiction over with respect to the Take To Church commercial. Leave is **DENIED** with respect to all other copyrighted materials.

The Court finds that the Proposed Amended Complaint ("PAC") fails to allege facts sufficient to establish a copyright over the Miss Cleo Character or to establish standing with respect to its trademark claim. However, in the interest of justice, *Foman v. Davis*, 371 U.S. 178, 182 (1962), to the extent Plaintiff can propose additional amendments to cure the deficiencies discussed at the April 15 hearing, Plaintiff shall file a Second PAC by **May 5, 2026**. Defendants shall file any opposition by **May 19, 2026**. Plaintiff's reply, if any, shall be filed by **May 29, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 53.

SO ORDERED.

Dated: April 15, 2026
       New York, New York

_____
          DALE E. HO
     United States District Judge