UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Psychic Readers Network, Inc.,

                Plaintiff,

          v.

A&E Television Networks, LLC and
Hillionaire Productions, LLC,

                Defendants.

24-CV-8155 (DEH)

ORDER

DALE E. HO, United States District Judge:

      The parties are **ORDERED** to appear for a conference on Plaintiff's motion for leave to file a corrected second amended complaint on **July 31, 2026** at **11 A.M.**  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 659 244 627, followed by the pound (#) sign.

SO ORDERED.

Dated: July 20, 2026
      New York, New York

                            DALE E. HO
                     United States District Judge