UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Psychic Readers Network, Inc.,
Plaintiff(s),

v.

A&E Television Networks, LLC et al.,
Defendant(s).

24-CV-8155 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record at the hearing held on July 31, 2026, Plaintiff's motion for leave to amend is **GRANTED IN PART** and **DENIED IN PART**. By **August 4, 2026**, Plaintiff shall file the proposed amended complaint ("PAC"), without the trademark dilution cause of action, on the docket.

Further, the parties are directed to meet and confer and submit a joint letter to the Court, not to exceed two pages, with their respective positions on opening discovery by **August 7, 2026**. The parties shall attach a proposed case management plan to that letter. The filing of a proposed CMP is without prejudice to any arguments that discovery should remain stayed pending resolution of Defendants' forthcoming motion to dismiss.

SO ORDERED.

Dated: July 31, 2026
New York, New York

DALE E. HO
United States District Judge